IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **Kevin Felton,** | ) | Case No. 11-0632-CV-W-JTM |
| | ) | |
| Plaintiff, | ) | Date: July 2, 2012 |
| vs. | ) | |
| | ) | |
| **City of Adrian, Missouri,** | ) | Page 1of 1 |
| | ) | |
| Defendant. | ) | |

## MINUTES OF PRETRIAL CONFERENCE

HONORABLE JOHN T. MAUGHMER presiding at Kansas City, Missouri.
======================================================================
Nature of Proceeding: Pretrial conference in chambers prior to July 16, 2012 trial setting

Time Commenced:   2:15 p.m.            Time Terminated: 2:50 p.m.
                                       Total Time: 35 minutes

Plaintiff by:   Christopher Sook        Defendants by: Matthew J. Gist

| | |
|---|---|
| **Remarks:** Counsel for parties appear in chambers for initial pretrial conference prior to July 16, 2012 trial setting. Court takes up defendants motions *in limine* [Doc 36] and denies, without prejudice to the reassertion at trial, all objections *in limine* other than the unopposed *in limine* objections to evidence of front pay and liability insurance. Court advises counsel of courtroom rules and protocol and discusses trial procedure, timing and anticipated evidentiary and instructional issues. | |
| Motions Ruled: Defendant's Motions In Limine, filed 6/26/12 [Doc. 36] | |

**Court Recessed at:**   2:50 p.m.     By: /s/Pamela Alexander
                                       Pamela Alexander, Law Clerk